No. 07-16-00005-CV

| | | |
|---|---|---|
| Patrick Pence and JoDee Pence<br>  Appellants | § | From the 274th District Court<br>  of Comal County |
| | § | |
| v. | | December 11, 2017 |
| | § | |
| S&D Builders, LLC; S&D | | Opinion by Justice Pirtle |
| Development, LLC; Lange Custom | § | |
| Builders, LLC; Steven M. Lange; | | |
| Summit Oak Homes, LLC; and | | |
| David C. Oestreich | | |
|   Appellees | | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated December 11, 2017, it is ordered, adjudged and decreed that the judgment of the trial court be reversed and this cause is remanded to the trial court.

It is further ordered that appellees pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o